IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TAMATHA PINZA, <br><br> Plaintiff, <br><br> CAPITAL ONE BANK (USA) N.A., | Case No. 1:18-cv-01615-AJT-MSN |

NOTICE OF SETTLEMENT AND
REQUEST FOR TERM TO FILE DISMISSAL PLEADING

Plaintiff, Tamatha Pinza, by and through undersigned counsel, hereby gives notice that Plaintiff and Defendant, Capital One Bank (USA), N.A., have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests fourteen (14) days to finalize the settlement documents and file proper pleadings to close this matter. Plaintiff also requests that the Final Pretrial Conference scheduled for July 18, 2019, as well as all other case deadlines, be set aside.

Dated:     July 3, 2019

By: **_Francis Webb_**
Francis Alexander Webb
*Attorney for Plaintiff, Tamatha Pinza*
Law Office F A Webb, PLLC
4103 Chain Bridge Rd. Suite 300
Fairfax, VA 22030
Tel. (703) 539-2003
Email: frank@fawebb.com

>Carlos C. Alsina
>Admitted *Pro Hac Vice*
>LAW OFFICES OF JEFFREY LOHMAN, P.C.
>4740 Green River Rd., Suite 310
>Corona, CA 92880
>(657) 363-3331
>CarlosA@jlohman.com
>*Attorney for Plaintiff Tamatha Pinza*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

>BY: */s/ Francis Webb*
>*Attorney for Plaintiff, Tamatha Pinza*