UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

TAMATHA PINZA,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendants.

Case No: 1:18-cv-01615-AJT-MSN

*(electronically filed)*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tamatha Pinza ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

/s/ John D. Sadler (with permission)
John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

/s/ Francis A. Webb
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd., Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
*COUNSEL FOR PLAINTIFF*

So ordered,
7/17/19

/s/
Anthony J. Trenga
United States District Judge